IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **05-cv-00661-JLK (related to 04-cv-01615-JLK)**

In re: AST Sports Science, Inc.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

In light of proceedings establishing a bar date in the AST ephedra personal injury litigation, civil action no. 05-cv-00661-JLK, seeking a withdrawal of reference to set bar date, is **DISMISSED AS MOOT.**

Dated: June 22, 2005